UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,
for the use and benefit of
SAFWAY SERVICES, LLC,

Plaintiff,

8:17 cv734 T36 TBM

vs.

ABBA CONSTRUCTION, INC., and
UNITED STATES SURETY COMPANY,

Defendants.

______________________________/

**COMPLAINT**

Plaintiff, UNITED STATES OF AMERICA, for the use and benefit of SAFWAY SERVICES, LLC (hereafter "SAFWAY"), sues Defendants, ABBA CONSTRUCTION, INC. and UNITED STATES SURETY COMPANY, and says:

**PARTIES**

1. SAFWAY, the use Plaintiff in this action, is a Delaware limited liability company that is authorized to conduct business in the State of Florida and maintains its principal Florida location at 8006 East Sligh Avenue, Tampa, Hillsborough County, Florida. SAFWAY is in the business of renting and erecting scaffolding.

2. Defendant ABBA CONSTRUCTION, INC. ("ABBA CONSTRUCTION") is a Florida corporation that maintains its principal place of business at 6963-1 Business Park Boulevard North, Jacksonville, Duval County, Florida. Upon information and belief, ABBA



TPA-42653 $400

CONSTRUCTION is engaged in the business of constructing improvements to real property as a general contractor.

3. Defendant, UNITED STATES SURETY COMPANY ("UNITED STATES SURETY") is a Foreign Profit Corporation with its principal place of business located at 20 West Aylesbury Road, Timonium, Baltimore County, Maryland. UNITED STATES SURETY is properly licensed and registered to transact business, including the issuance of performance and payment surety bonds, in the State of Florida.

## JURISDICTION AND VENUE

4. This is an action upon a Miller Act bond for the non-payment of sums due to a subcontractor for improvements upon federal property. This Court has jurisdiction pursuant to 28 U.S.C. §1331 and 40 U.S.C. §§ 3131 *et seq.*

5. Venue is proper in this district because this action arises from the construction of improvements at Hanger #3, MacDill Air Force Base, located at 3108 North Boundary Boulevard, Hanger Loop, in Tampa, Hillsborough County, Florida.

## CAUSE OF ACTION UNDER THE MILLER ACT, 40 U.S.C. § 3131

6. Plaintiff re-alleges paragraphs 1 through 5, as if fully set forth.

7. Upon information and belief, on or about September 5, 2014, ABBA CONSTRUCTION entered into a written contract with the United States of America, acting by and through the Department of the Air Force ("the DAF"), to construct certain improvements including the repair and replacement of windows and siding at Hanger #3 at MacDill Air Force Base (Contract No.: FA4814-09-D0016-0071), hereafter referred to as the Project. A copy of

that contract is not available to SAFWAY, but upon information and belief, is available to ABBA CONSTRUCTION and UNITED STATES SURETY.

8. Upon information and belief, ABBA CONSTRUCTION as Principal, and UNITED STATES SURETY as Surety, together duly executed and delivered to the DAF a Payment Bond for the protection of claimants supplying labor and material in the prosecution of the work required to construct the Project. This bond was executed in accordance with the provisions of 40 U.S.C. §3131. A copy of the Payment Bond is attached hereto and incorporated by reference as **Exhibit 1.**

9. On or about May 5, 2015, ABBA CONSTRUCTION delivered a purchase order to SAFWAY for the first of three subcontracts that ABBA entered into with SAFWAY for the provision, rental and erection of scaffolding and related materials that it required to complete its contract for the Project (hereafter collectively the "Subcontracts"). A copy of the Purchase Order is annexed hereto and incorporated by reference as **Exhibit 2.**

10. On or about May 26, 2015, ABBA CONSTRUCTION entered into a Subcontract with SAFWAY (hereafter "Subcontract 1") for the provision, rental and erection of scaffolding and related materials for the Project as is more particularly described therein. A copy of Subcontract 1 is annexed hereto as **Exhibit 3**.

11. On or about September 14, 2015, ABBA CONSTRUCTION entered into a Subcontract with SAFWAY (hereafter "Subcontract 2") for the provision, rental and erection of scaffolding and related materials for the Project as is more particularly described therein. A copy of Subcontract 2 is annexed hereto as **Exhibit 4**.

12. On or about January 25, 2016, ABBA CONSTRUCTION entered into a Subcontract with SAFWAY (hereafter "Subcontract 3") for the provision, rental and erection of

scaffolding and related materials for the Project as is more particularly described therein. A copy of Subcontract 3 is annexed hereto as **Exhibit 5**.

13. SAFWAY has provided all of the materials, equipment, labor and services that were needed to fully perform and complete all of the work required by each of the three Subcontracts and has otherwise fully performed.

14. ABBA CONSTRUCTION has failed to pay SAFWAY for all of the sums due for the rental and erection of the scaffolding materials that it furnished to the Project. The total value of labor, services and materials that SAFWAY furnished was $106,488.01, however, ABBA CONSTRUCTION has only paid the sum of $22,231.28, leaving an unpaid balance of $84,256.53, with interest which, notwithstanding demand therefore, ABBA has failed and refused to pay. Copies of the outstanding services are annexed hereto, along with a Statement that was sent to ABBA without objection, is annexed hereto as **Composite Exhibit 6**.

15. The last date on which SAFWAY furnished any labor, materials or services to the Project was April 4, 2016, and a period of more than 90 days yet not more than one year has elapsed from that date and SAFWAY has not been paid in full.

16. All conditions precedent to the relief demanded herein have occurred, been performed, or been waived.

17. SAFWAY has retained the undersigned counsel and agreed to pay them a reasonable fee for the prosecution of this action; ABBA CONSTRUCTION is obligated under the Subcontract for the payment of interest and the attorney's fees and costs incurred by SAFWAY. Accordingly, where permitted by law, UNITED STATES SURETY is jointly and severally liable for the interest and fees incurred by SAFWAY.

WHEREFORE, the United States of America, on behalf and for the use of SAFWAY SERVICES, LLC, demands judgment against ABBA CONSTRUCTION, INC. and UNITED STATES SURETY COMPANY, jointly and severally, for the sum of $84,256.53 plus interest, together with an award of attorneys' fees and costs, and for such other and further relief as the Court may deem necessary, just and proper.

## CAUSE OF ACTION FOR BREACH OF CREDIT AGREEMENT

18. Plaintiff re-alleges paragraphs 1, 2, 5, 9 through 14, as if fully set forth.

19. This court may exercise supplemental jurisdiction pursuant to 28 USC § 1367 (a) over this cause since the facts and allegations are so related to the claims in Count I that they form the same case or controversy.

20. By failing to pay for the materials and labor as those sums became due, ABBA has breached the Subcontracts, thereby damaging SAFWAY in the amount of $84,256.53.

WHEREFORE, SAFWAY SERVICES, LLC, demands judgment against ABBA CONSTRUCTION, INC. for the sum of $84,256.53 plus interest, together with an award of attorneys' fees and costs, and for such other and further relief as the Court may deem necessary, just and proper.

Dated: March 29, 2017

Elizabeth M Ryan

Elizabeth M. Ryan - Lead Trial Counsel
Florida Bar No. 98248
Email: eryan@kasslaw.com
Secondary: eserviceryan@kasslaw.com
KASS SHULER, P.A.
1505 North Florida Ave.
Tampa, Florida 33602
Phone: 813-229-0900
Fax: 813-229-3323
Attorneys for Plaintiff, SAFWAY SERVICES, LLC