UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,            Case No.: Case No: 8:17-cv-734-T-36TBM
for the use and benefit of
SAFWAY SERVICES, LLC,

    Plaintiff,

vs.

ABBA CONSTRUCTION, INC., and
UNITED STATES SURETY COMPANY,

    Defendants.

_____/

## NOTICE OF PENDING SETTLEMENT

Please take notice that the parties, SAFWAY SERVICES, LLC, Plaintiff and ABBA CONSTRUCTION, INC. and UNITED STATES SURETY COMPANY, Defendants, have agreed upon the essential terms of settlement and are finalizing the settlement agreement; drafts have already been exchanged. Upon signature by all parties, a stipulated notice of dismissal shall be filed forthwith but no later ten days of the date of this notice.

    /s/ Elizabeth M. Ryan
    Elizabeth M. Ryan
    Florida Bar No. 98248
    KASS SHULER, P.A.
    1505 N. Florida Ave.
    Tampa, FL 33602
    Primary: *eryan@kasslaw.com*
    Secondary: *eserviceryan@kasslaw.com*
    Telephone: (813) 229-0900
    Facsimile: (813) 229-3323
    Attorneys for Plaintiff,
    SAFWAY SERVICES, LLC

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY, that I electronically filed a true and correct copy of the foregoing, together with all attachments, appendices and exhibits, if any, with the CM/ECF filing system, which will send electronic notice to the attorneys and parties having CM/ECF capabilities, and, any others were served via United States Mail Delivery on the 12th day of January, 2018 to the parties listed in the below service list.

/s/ Elizabeth M. Ryan
Elizabeth M. Ryan
Florida Bar No. 98248

## SERVICE LIST

Scott W. Machnik
Counsel for Defendants
1560 W. Cleveland Street
Tampa, Florida 33606-1807
Email: scott@marlowemcnabb.com
Secondary: steve@marlowemcnabb.com
Tertiary: zachary@marlowemcnabb.com